**Fill in this information to identify the case:**

Debtor Name  Michael J. Lutz

United States Bankruptcy Court for the: Middle District of Florida  ☑

Case number: 23-03050

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  March 2024

Date report filed: 03/31/2024
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:   Michael J. Lutz

Original signature of responsible party   _[signature]_

Printed name of responsible party   Michael J. Lutz

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Michael J. Lutz                                    Case number  23-03050

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $  16,196.93

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $  8,771.10

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.    − $  3,072.15

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.    + $  5,698.95
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  21,895.88

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $  0.00

    *(Exhibit E)*

Debtor Name  Michael J. Lutz                                    Case number 23-03050

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $ _____0.00

     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                              0

27.  What is the number of employees as of the date of this monthly report?                  0

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ ___4,000.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ ___0.00

30.  How much have you paid this month in other professional fees?                          $ ___0.00

31.  How much have you paid in total other professional fees since filing the case?              $ ___0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 7,164.56 | − | $ 8,771.10 | = | $ 1,606.54 |
| 33.  **Cash disbursements** | $ 3,000.00 | − | $ 3,072.15 | = | $ 72.15 |
| 34.  **Net cash flow** | $ 4,164.56 | − | $ 5,698.95 | = | $ 1,534.39 |

35.  Total projected cash receipts for the next month:                          $ 16,937.59

36.  Total projected cash disbursements for the next month:                    − $ 3,250.00

37.  Total projected net cash flow for the next month:                          = $ 13,687.59

Debtor Name  Michael J. Lutz                                        Case number 23-03050

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Michael J. Lutz  Case Number: 23-03050

# Exhibit A

1.  Q1: Business was closed in 2023.
2.  Q2: No, I closed the business

# Exhibit C

1.  $.04 From account 8114 PNC
2.  $3,946.00 VA Disability Check Mike
3.  $2,429.34 Social Security Check Mike
4.  $788.97 OPM Check Pam
5.  $1,592.00 Social Security Check Pam
6.  $7.25 VA Travel Pay to Lecanto VA
7.  $7.25 VA Travel Pay to Lecanto VA

4/21/2024

Transaction - Mar 2024
3/1/2024 through 3/31/2024

*Exhibit D*

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **BALANCE 2/29/2024** | | | | | | | **-161,006.88** |
| 3/1/2024 | Spend XX0... | EFT | Loft Grill | | Food & Dini... | R | -22.78 |
| 3/1/2024 | Spend XX0... | EFT | Loft Grill | Tip | Food & Dini... | R | -5.00 |
| 3/1/2024 | Spend XX0... | DEP | VA Pay | Mike | Other Inc | R | 3,946.25 |
| 3/1/2024 | Spend XX0... | DEP | OPM | Mikes | Other Inc | R | 2,429.34 |
| 3/1/2024 | Spend XX0... | DEP | OPM | Pams | Other Inc | R | 788.97 |
| 3/1/2024 | Spend XX0... | 108 | Ken Wiltse | Pool Clean.. | Bills & Utiliti... | R | -85.00 |
| 3/2/2024 | Spend XX0... | EFT | Hulu | TV Program | Bills & Utiliti... | R | -11.30 |
| 3/4/2024 | Spend XX0... | EFT | Best Buy | Computer... | Shopping El... | R | -80.24 |
| 3/4/2024 | Spend XX0... | EFT | Sam's Club | | Food & Dini... | R | -117.54 |
| 3/4/2024 | Spend XX0... | DEP | Treas Misc... | 36 TREAS.. | Other Inc | R | 7.25 |
| 3/4/2024 | Spend XX0... | EFT | Loft Bar Grill | | Food & Dini... | R | -27.78 |
| 3/5/2024 | Spend XX0... | EFT | Breakfast St.. | Mike's Bre... | Food & Dini... | R | -21.70 |
| 3/5/2024 | Spend XX0... | EFT | USPS | Overnight t.. | Bills & Utiliti... | R | -30.45 |
| 3/5/2024 | Spend XX0... | EFT | Advance Au... | | Auto & Tran... | R | -5.77 |
| 3/5/2024 | Spend XX0... | EFT | Sonic | | Food & Dini... | R | -8.15 |
| 3/6/2024 | Spend XX0... | EFT | Racewash... | Traverse &.. | Auto & Tran... | R | -30.00 |
| 3/6/2024 | Spend XX0... | 109 | VOIDED | | | R | 0.00 |
| 3/8/2024 | Spend XX0... | EFT | Winn-Dixie | | Food & Dini... | R | -238.14 |
| 3/8/2024 | Spend XX0... | EFT | Vivint | Alarm Syst.. | Bills & Utiliti... | R | -72.94 |
| 3/8/2024 | Spend XX0... | EFT | Farm Burea... | | Farm Burea... | R | -348.00 |
| 3/11/2024 | Spend XX0... | EFT | Comcast | Internet Ja.. | Bills & Utiliti... | R | -117.88 |
| 3/11/2024 | Spend XX0... | DEP | Transfer | | | R | 0.04 |
| 3/13/2024 | Spend XX0... | DEP | Social Secu... | | Net Salary | R | 1,592.00 |
| 3/15/2024 | Spend XX0... | EFT | Forever 21 | | Shopping C... | R | -125.83 |
| 3/15/2024 | Spend XX0... | EFT | Winn-Dixie | | Food & Dini... | R | -145.37 |
| 3/18/2024 | Spend XX0... | EFT | Tankfarm.io... | | | R | -70.00 |
| 3/20/2024 | Spend XX0... | EFT | Wal-mart | | Shopping | R | -35.26 |
| 3/20/2024 | Spend XX0... | EFT | Starlink | | | R | -120.00 |
| 3/20/2024 | Spend XX0... | EFT | Wal-mart | | Health & Fit... | R | -35.26 |
| 3/22/2024 | Spend XX0... | EFT | Google | Alram Syst.. | Bills & Utiliti... | R | -8.00 |
| 3/22/2024 | Spend XX0... | EFT | Apple | Phones | Shopping El... | R | -2.99 |
| 3/23/2024 | Spend XX0... | 110 | VOIDED | | | R | 0.00 |
| 3/23/2024 | Spend XX0... | 111 | Alaska Dept... | | Fees & Cha... | c | -23.60 |
| 3/24/2024 | Spend XX0... | EFT | USAA | Jackson H.. | Home/Hom... | R | -205.97 |
| 3/24/2024 | Spend XX0... | EFT | Winn-Dixie | | Food & Dini... | R | -148.83 |
| 3/25/2024 | Spend XX0... | 112 | Aaron Cohen | FLorida Tr.. | Legal Fees | c | -4,000.00 |

4/21/2024

## Transaction - Mar 2024
### 3/1/2024 through 3/31/2024

| Date | Account | Num | Description | Memo | Category | Clr | Amount |
|---|---|---|---|---|---|---|---|
| 3/25/2024 | Spend XX0... | | Balance Adj... | | | R | 403.72 |
| 3/26/2024 | Spend XX0... | | Stop Fee | | Fees & Cha... | c | -33.00 |
| 3/26/2024 | Spend XX0... | | Web Usaa P | | Auto & Tran... | c | -205.97 |
| 3/27/2024 | Spend XX0... EFT | | Bob Evans | | Food & Dini... | c | -37.24 |
| 3/27/2024 | Spend XX0... DEP | | Social Secu... Mike | | Net Salary | c | 2,681.00 |
| 3/27/2024 | Spend XX0... TXFR | | PNC Accou... Mike | | Closed PN... | c | 7,299.43 |
| 3/28/2024 | Spend XX0... EFT | | Fire House ... Lunch | | Food & Dini... | c | -19.00 |
| 3/29/2024 | Spend XX0... EFT | | Bob Evans | | Food & Dini... | c | -98.43 |
| 3/29/2024 | Spend XX0... | | Apple | Phones | Shopping El... | c | -0.99 |
| 3/30/2024 | Spend XX0... EFT | | Barnes & N... Mike | | Shopping B... | c | -11.99 |
| 3/30/2024 | Spend XX0... 113 | | Ken Wiltse | Pool Clean... | Bills & Utiliti... | c | -85.00 |

| **3/1/2024 - 3/31/2024** | | | | | | | **12,512.60** |

| **BALANCE 3/31/2024** | | | | | | | **-148,494.28** |

| | | | | | | TOTAL INFLOWS | 19,148.00 |
| | | | | | | TOTAL OUTFLOWS | -6,635.40 |

| | | | | | | NET TOTAL | 12,512.60 |

# Virtual Wallet Spend Statement

PNC Bank

 **PNC BANK**

|  |  |
|---|---|
| **For the period** 02/24/2024 **to** 03/25/2024 | Primary account number: ▮▮▮▮-0828<br>Page 1 of 5<br>Number of enclosures: 0 |

MICHAEL LUTZ CASE# 23-03050
PAMELA LUTZ
DEBTOR IN POSSESSION
9965 SW 206TH CIR
DUNNELLON FL 34431-5840

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK

PNC accepts Telecommunications Relay Service
(TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at pnc.com

---

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer Schedule of Service Charges and Fees and our
Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account.
Please read this information and retain it with your records.

Effective February 1, 2024, the Staff-Assisted Statement Request Fee of $5.00 will be eliminated from all
consumer product types.

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer and Business Schedules of Service Charges
and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply
to your account. Please read this information and retain it with your records.

Effective February 26, 2024, consumer and business deposit accounts that are enrolled to receive Paper
Statements with Check Images will be charged only the Paper Statement Fee if there are no check images for
that statement period.

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer and Business Schedules of Service Charges
and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply
to your account. Please read this information and retain it with your records.

Effective February 1, 2024, the Debit and Banking Card Replacement fees of $7.50 will no longer be charged on
consumer and business deposit accounts.

IMPORTANT ACCOUNT INFORMATION

We are resending the following statement message that was sent in December 2020, which you may have already
received:

On December 13, 2020, we updated language in the "Amendments" section in your Virtual Wallet Fine Print "What
You Need to Know" ("Agreement"). Below is the updated language. All other information in your Agreement
continues to apply to your account. Please keep this information for your records.

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number:  1▉▉▉7-0828  ~ continued

For the period    02/24/2024   to   03/25/2024
MICHAEL LUTZ CASE# 23-03050
Primary account number:    1▉▉▉7-0828
Page 2 of 5

AMENDMENTS

We reserve the right to amend this Agreement (including the right to add new provisions and to convert your
Account from one product to another) and the "PNC Virtual Wallet, Virtual Wallet Student, Virtual Wallet with
Performance Spend, Virtual Wallet with Performance Select or Virtual Wallet Checking Pro Features and Fees"
(including the right to change charges, fees, and the manner in which we calculate and/or credit interest),
from time to time.

The full "Amendments" section can be found in the Virtual Wallet Fine Print at pnc.com/virtualwallet.

IMPORTANT ACCOUNT INFORMATION

We are resending the following statement message that was sent between January 1, 2022 and March 31, 2022,
which you may have already received:

On January 23, 2022, we updated the "Low Cash Mode Terms and Conditions" section of your Virtual Wallet Fine
Print to explain the default alerts that come with the experience. Below are the updated sections. All other
information in your Virtual Wallet Fine Print continues to apply to your account. Please keep this
information for your records.

Low Cash Mode includes:

> The option to set up an enhanced set of alerts and edit your default alert settings (by default, PNC will
establish alerts for your primary email based on a $50 available balance threshold).

To receive Low Cash Mode alerts, you must provide a valid email address, either at account opening, in online
banking, or in the PNC Mobile app. If you want to customize your Low Cash Mode or these alert preferences,
you can do so in the PNC Mobile app.

The full "Low Cash Mode Terms and Conditions" can be found in the Virtual Wallet Fine Print at
pnc.com/virtualwallet.

IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for PNC debit cards. Effective January 9, 2024, subject to available funds,
your daily ATM withdrawal limits are as follows, based on product:

Virtual Wallet, Virtual Wallet Student, Interest Checking and Standard Checking:
> ATM Withdrawal: $1,000

Performance Checking and Virtual Wallet with Performance Spend:
> ATM Withdrawal: $1,500

Performance Select Checking, Virtual Wallet with Performance Select, and Virtual Wallet Checking Pro:
> ATM Withdrawal: $2,000

Please review the limits below for PNC banking cards. Effective January 9, 2024, subject to available funds,
PNC daily banking card limits are as follows, based on product:

# Virtual Wallet Spend Statement

For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number:   1▮▮▮▮7-0828   - continued

For the period   02/24/2024   to   03/25/2024
MICHAEL LUTZ CASE# 23-03050
Primary account number:   1▮▮▮▮7-0828
Page 3 of 5

Interest Checking, Standard Checking, High Yield Savings, Standard Savings, Statement Savings, Premiere Money Market, and Premium Money Market:
> ATM Withdrawal: $1,000

Performance Checking:
> ATM Withdrawal: $1,500

Performance Select Checking:
> ATM Withdrawal: $2,000

Consumer Cards Only: Your limits may be higher if you have multiple products linked to your debit or banking card. The product with the highest limit will apply to your card. If custom limits are applied to your debit card, those limits will stay the same.

## Virtual Wallet Spend Account Summary

Account number:   12-5137-0828

MICHAEL LUTZ CASE# 23-03050
Pamela Lutz
Debtor In Possession

**Overdraft Protection**   has not been established for this account.
Please contact us if you would like to set up this service.

Overdraft Coverage
- Your account is currently
Opted-Out.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 16,196.93 | 8,771.10 | 3,072.15 | 21,895.88 |
| | | Average monthly balance | Charges and fees |
| | | 20,758.00 | .00 |

### Transaction Summary

| Checks paid/withdrawals | Debit Card POS signed transactions | Debit Card/Bankcard POS PIN transactions |
|---|---|---|
| 4 | 23 | 8 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 0 | 0 | 0 |

## Activity Detail

### Deposits and Other Additions

There were 7 Deposits and Other Additions totaling $8,771.10.

| Date | Amount | Description |
|---|---|---|
| 02/28 | 7.25 | Direct Deposit - 36 Treas 310 XXXXXXXXXXX0012 |
| 03/01 | 3,946.25 | Direct Deposit - Xxva Benef VACP TREAS 310 XXXXXXXXXXX3600 |
| 03/01 | 2,429.34 | Direct Deposit - Xxciv Serv OPM1 TREAS 310 AXXXXXXXXXX0000 |
| 03/01 | 788.97 | Direct Deposit - Xxciv Serv OPM1 TREAS 310 AXXXXXXXXXX0000 |
| 03/04 | 7.25 | Direct Deposit - 36 Treas 310 XXXXXXXXXXX0012 |

Deposits and Other Additions continued on next page

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

Account Number: 1234567-0828 – continued

For the period 02/24/2024 to 03/25/2024
MICHAEL LUTZ CASE# 23-03050
Primary account number: 1234567-0828
Page 4 of 5

## Deposits and Other Additions  - continued

| Date | Amount | Description |
|------|--------|-------------|
| 03/11 | .04 | Transfer From    0000004245888114 |
| 03/13 | 1,592.00 | Direct Deposit - Xxsoc Sec |
|       |          | SSA TREAS 310 XXXXX0789A |

## Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number | Check number | Amount | Date paid | Reference number |
|------|--------|-----------|--------|--------|--------|-----------|--------|
| 105 | 50.00 | 03/05 | 017242828 | 107 | 24.28 | 03/04 | 015629431 |
| 106 | 12.35 | 03/04 | 015629430 | 108 | 85.00 | 03/07 | 018644669 |

\* Gap in check sequence

There were 4 checks listed totaling $171.63.

## Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 02/26 | 25.40 | 1543 Debit Card Purchase ebay O*12-11220-51966 |
| 02/26 | 37.41 | 1543 Debit Card Purchase Codys Original Roadhou |
| 02/26 | 48.10 | 1543 Debit Card Purchase Parts Geek Llc |
| 02/26 | 17.42 | 1543 Debit Card Purchase Sonic Drive In #5130 |
| 02/27 | 86.41 | 1543 Debit Card Purchase Chewy.Com  800-6724399 |
| 02/28 | 70.57 | 1543 Debit Card Purchase Parts Geek Llc |
| 02/28 | 439.62 | POS Purchase Winn-Dixie Dunnellon Fl |
| 02/28 | 57.99 | POS Purchase Tractor Supply Dunnellon Fl |
| 02/29 | .99 | 1126 Recurring Debit Card Apple.Com/Bill |
| 02/29 | 8.17 | 1543 Debit Card Purchase Advance Auto Parts #92 |
| 03/04 | 27.78 | 1543 Debit Card Purchase The Loft Bar and Grill |
| 03/04 | 11.30 | 1543 Recurring Debit Card Hulu 877-8244858 Ca |
| 03/04 | 80.24 | POS Purchase Best Buy Ocala Fl |
| 03/05 | 117.54 | 1126 Debit Card Purchase Samsclub #6335 Ocala |
| 03/05 | 5.77 | 1543 Debit Card Purchase Advance Auto Parts #92 |
| 03/05 | 8.15 | 1543 Debit Card Purchase Sonic Drive In #5130 |
| 03/05 | 30.45 | POS Purchase USPS PO 112385 Dunnellon Fl |
| 03/07 | 21.70 | 1543 Debit Card Purchase Breakfast Station #11 |
| 03/07 | 30.00 | 1543 Debit Card Purchase Racewash Car Wash #3 |
| 03/08 | 72.94 | 1543 Debit Card Purchase Vivint Inc/US |
| 03/08 | 348.00 | 1126 Debit Card Purchase Farm Bureau Ins Field |
| 03/08 | 238.14 | POS Purchase Winn-Dixie Dunnellon Fl |

There were 8 Debit Card/Bank card PIN POS purchases totaling $1,175.90.

There were 23 other Banking Machine/Debit Card deductions totaling $1,382.35.

Banking/Debit Card Withdrawals and Purchases continued on next page

# Virtual Wallet Spend Statement

📠 For 24-hour information,sign on to PNC Bank Online Banking
on pnc.com

Account Number: 🔲🔲🔲87-0828  - continued

For the period   02/24/2024  to  03/25/2024
MICHAEL LUTZ CASE# 23-03050
Primary account number: 🔲🔲🔲🔲-0828
Page 5 of 5

## Banking/Debit Card Withdrawals and Purchases          - continued

| Date | Amount | Description |
|------|--------|-------------|
| 03/11 | 117.88 | 1543 Recurring Debit Card Comcast  800-9346489 |
| 03/15 | 125.83 | 1543 Debit Card Purchase Forever Car  844-39247 |
| 03/18 | 70.00 | 1543 Debit Card Purchase Tankfarm.Io Tankfarm. |
| 03/18 | 145.37 | POS Purchase Winn-Dixie Dunnellon Fl |
| 03/20 | 120.00 | 1543 Recurring Debit Card Starlink Internet |
| 03/20 | 35.26 | POS Purchase Wal-Mart Super Dunnellon Fl |
| 03/22 | 2.99 | 1543 Recurring Debit Card Apple.Com/Bill |
| 03/22 | 8.00 | 1543 Recurring Debit Card Google *Google Nest |
| 03/25 | 148.83 | POS Purchase Winn-Dixie Dunnellon Fl |

## Online and Electronic Banking Deductions

There were 3 Online or Electronic Banking Deductions totaling $342.27.

| Date | Amount | Description |
|------|--------|-------------|
| 02/29 | 82.65 | Direct Payment - Web_pay Dukeenergycorpor XXXXXXXXXX2824 |
| 02/29 | 71.76 | Web Pmt- Energybill Consumers Energy 100007861956 |
| 03/01 | 187.86 | Web Pmt- Web Pymt Comenity Pay Oh P24060294524456 |

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| 02/24 | 16,196.93 | 03/01 | 22,234.39 | 03/08 | 21,078.00 | 03/18 | 22,210.96 |
| 02/26 | 16,068.60 | 03/04 | 22,085.69 | 03/11 | 20,960.16 | 03/20 | 22,055.70 |
| 02/27 | 15,982.19 | 03/05 | 21,873.78 | 03/13 | 22,552.16 | 03/22 | 22,044.71 |
| 02/28 | 15,421.26 | 03/07 | 21,737.08 | 03/15 | 22,426.33 | 03/25 | 21,895.88 |
| 02/29 | 15,257.69 | | | | | | |

Member FDIC                     🏠 Equal Housing Lender

# Premiere Money Market Statement
PNC Bank

**For the period 03/01/2024 to 03/31/2024**

MICHAEL LUTZ #23-03050
PAMELA LUTZ
CAROLYN MEDLEY
DEBTOR IN POSSESSION
9965 SW 206TH CIR
DUNNELLON FL 34431-5840

Primary account number: ~~4C*88~~-8114
Page 1 of 2
Number of enclosures: 0

For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?**   Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

Visit us at PNC.com

---

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer Schedule of Service Charges and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2024, the Staff-Assisted Statement Request Fee of $5.00 will be eliminated from all consumer product types.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer and Business Schedules of Service Charges and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2024, the Debit and Banking Card Replacement fees of $7.50 will no longer be charged on consumer and business deposit accounts.

## IMPORTANT ACCOUNT INFORMATION

We are resending the following statement message, that was sent in December 2020, and which you may have already received:

On December 13, 2020, we updated language in the "Amendment, Waiver" section in your Account Agreement for Personal Checking, Savings and Money Market Accounts ("Agreement"). Below is the updated language. All other information in your Agreement continues to apply to your account. Please keep this information for your records.

### AMENDMENT, WAIVER
We reserve the right to amend this Agreement (including the right to add new provisions and to convert your Account from one product to another) and our Consumer Schedule of Service Charges and Fees (including the right to change charges, fees and the manner in which we calculate and/or credit interest), from time to time.

The full "Amendment, Waiver" section can be found at pnc.com/consumeragreement.

## IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for **PNC debit cards.** Effective January 9, 2024, subject to available funds, your daily ATM withdrawal limits are as follows, based on product:

# Premiere Money Market Statement

For 24-hour Information, sign on to PNC Bank Online Banking
on pnc.com.

For the period 03/01/2024 to 03/31/2024
MICHAEL LUTZ #23-03050
Primary account number: XX-XXX-8114
Page 2 of 2

Virtual Wallet, Virtual Wallet Student, Interest Checking and Standard Checking:
> ATM Withdrawal: $1,000

Performance Checking and Virtual Wallet with Performance Spend:
> ATM Withdrawal: $1,500

Performance Select Checking, Virtual Wallet with Performance Select, and Virtual Wallet Checking Pro:
> ATM Withdrawal: $2,000

Please review the limits below for PNC banking cards. Effective January 9, 2024, subject to available funds, PNC daily banking card limits are as follows, based on product:

Interest Checking, Standard Checking, High Yield Savings, Standard Savings, Statement Savings, Premiere Money Market, and Premium Money Market:
> ATM Withdrawal: $1,000

Performance Checking:
> ATM Withdrawal: $1,500

Performance Select Checking:
> ATM Withdrawal: $2,000

Consumer Cards Only: Your limits may be higher if you have multiple products linked to your debit or banking card. The product with the highest limit will apply to your card. If custom limits are applied to your debit card, those limits will stay the same.

## Premiere Money Market Account Summary

Account number: XX-XXX-8114

MICHAEL LUTZ #23-03050
PAMELA LUTZ
CAROLYN MEDLEY
DEBTOR IN POSSESSION

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| .04 | .00 | .04 | .00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | .01 | .00 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 10 | .04 | .00 |

As of 03/31, a total of $.17 in interest was paid this year.

Your account is not linked to an eligible checking account and is earning the standard interest rate and Annual Percentage Yield. You can qualify for a relationship rate by linking your account to an eligible checking account and meeting certain requirements. For a detailed definition of the requirements, see your Premiere Money Market Consumer Schedule of Service Charges and Fees.

## Activity Detail

### Other Deductions

| Date | Amount | Description | |
|---|---|---|---|
| 03/11 | .00 | Outstanding Item Close | |
| 03/11 | .04 | Closing Transaction | 0000001251370828 |

There were 2 Other Deductions totaling $.04 .

### Daily Balance Detail

| Date | Balance | Date | Balance |
|---|---|---|---|
| 03/01 | .04 | 03/11 | .00 |

# Interest Checking Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com.

**For the period 03/08/2024 to 04/05/2024**
MICHAEL LUTZ #23-03050
Primary account number: 42-4543-6548
Page 2 of 3

Account number: 42-4543-6548 - continued

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|------|--------|-------------|
| 03/11 | 174.00 | Debit Card Credit Progressive Ins 855-7580945 Oh |

There was 1 Deposit or Other Addition totaling **$174.00.**

### Banking/Debit Card Withdrawals and Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 03/11 | 269.12 | 7189 Recurring Debit Card Att*Bill Payment |
| 03/13 | 49.00 | 7189 Recurring Debit Card Uscca/Delta Defense L. |
| 03/28 | 60.00 | 7189 Recurring Debit Card Intuit *Qbooks Online |

There were 3 other Banking Machine/Debit Card deductions totaling **$378.12.**

### Other Deductions

| Date | Amount | Description |
|------|--------|-------------|
| 03/29 | .00 | Outstanding Item Close |
| 03/29 | 7,299.43 | Closing Transaction     0000001251370828 |

There were 2 Other Deductions totaling **$7,299.43.**

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 03/08 | 7,503.55 | 03/13 | 7,359.43 | 03/29 | .00 |
| 03/11 | 7,408.43 | 03/28 | 7,299.43 | | |

# Interest Checking Statement

PNC Bank

**◆PNC BANK**

Primary account number: 42-5543-6548
Page 1 of 3
Number of enclosures: 0

**For the period 03/08/2024 to 04/05/2024**

```
000408                            000065791    N203
MICHAEL LUTZ #23-03050
PAMELA LUTZ
CAROLYN MEDLEY
DEBTOR IN POSSESSION
9965 SW 206TH CIR
DUNNELLON FL 34431-5840
```

⌨ For 24-hour banking, and transaction or interest rate information, sign on to PNC Bank Online Banking at pnc.com.

☎ For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

✉ Write to: Customer Service
PO Box 609
Pittsburgh PA 15230-9738

💻 Visit us at PNC.com

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer Schedule of Service Charges and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2024, the Staff-Assisted Statement Request Fee of $5.00 will be eliminated from all consumer product types.

## IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer and Business Schedules of Service Charges and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective February 26, 2024, consumer and business deposit accounts that are enrolled to receive Paper Statements with Check Images will be charged only the Paper Statement Fee if there are no check images for that statement period.

## Interest Checking Account Summary

**Account number:** 42-5543-6548

MICHAEL LUTZ #23-03050
PAMELA LUTZ
CAROLYN MEDLEY
DEBTOR IN POSSESSION

**Overdraft Protection** has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 7,503.55 | 174.00 | 7,677.55 | .00 |

| | | Average monthly balance | Charges and fees |
|---|---|---|---|
| | | 5,345.46 | .00 |

### Interest Summary

As of 04/05, a total of **$.22** in interest was paid this year.

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Earned this period |
|---|---|---|---|
| 0.00% | 21 | 7,381.82 | .00 |

COLRBSD1A 1116 5008 127 07 20240406 PG 1 OF 2 00065791        508712302 50871230.2        0-0





**FIFTH THIRD BANK**
(WESTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH  45263-0900

MICHAEL J LUTZ
OR PAMELA A LUTZ
9965 SW 206TH CIR
DUNNELLON FL 34431-5840

0

251

Statement Period Date: 3/22/2024 - 4/2/2024
Account Type: 5/3 PREFERRED CKG
Account Number: 7164868668

Banking Center: Argyle/Wisner
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

---

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - ████8668

| | | | | |
|---|---|---|---|---|
| 03/22 | Beginning Balance | $4,016.24 | Interest Earned | $0.01 |
| | Checks | | Number of Days in Period | 12 |
| 3 | Withdrawals / Debits | $(5,715.79) | Annual Percentage Yield Earned | 0.01% |
| 4 | Deposits / Credits | $1,699.55 | Interest Earned YTD | $0.20 |
| 04/02 | Ending Balance | $0.00 | Prior Year Interest | $1.68 |

### Withdrawals / Debits
3 items totaling $5,715.79

| Date | Amount | Description |
|---|---|---|
| 03/27 | 2.00 | 5/3 ONLINE TRANSFER TO SV: XXXXXX3706 REF # 00995880417 |
| 03/27 | 2.00 | 5/3 ONLINE TRANSFER TO SV: XXXXXX6593 REF # 00995884819 |
| 04/02 | 5,711.79 | CASHIER CHECK PURCHASE REF # 00581568955 |

### Deposits / Credits
4 items totaling $1,699.55

| Date | Amount | Description |
|---|---|---|
| 04/02 | 0.01 | FUNDS TRANSFER FROM CK: XXXXXX4152 REF # 00581568402 |
| 04/02 | 198.46 | FUNDS TRANSFER FROM SV: XXXXXX3706 REF # 00581567621 |
| 04/02 | 1,501.07 | FUNDS TRANSFER FROM CK: XXXXXX4152 REF # 00581567839 |
| 04/02 | 0.01 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03/27 | 4,012.24 | 04/02 | 0.00 |

---

IMPORTANT FEE CHANGES FOR FIFTH THIRD CONSUMER CUSTOMERS. BEGINNING 2/1/2024, THE FEES CHARGED TO VERIFY DEPOSITS OR RECEIVE A COPY OF A CHECK OR STATEMENT, INCLUDING TO RECEIVE A COPY OF CHECK IMAGES WITH MAILED MONTHLY STATEMENTS, WERE CHANGED TO $0. ALSO BEGINNING 2/1/2024, THE FEE ASSESSED FOR BALANCE INQUIRIES MADE AT A NON-53 ATM WAS CHANGED TO $0. PLEASE NOTE: A NON-53 ATM MAY STILL ASSESS FEES FOR OTHER TRANSACTION TYPES INCLUDING WITHDRAWALS AND BALANCE TRANSFERS.



**FIFTH THIRD BANK**
(WESTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

PAMELA A LUTZ
OR MICHAEL J LUTZ
9965 SW 206TH CIR
DUNNELLON FL 34431-5840

Statement Period Date: 3/9/2024 - 4/2/2024
Account Type: 5/3 PREFERRED CKG
Account Number: 7166294152

Banking Center: Argyle/Wisner
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

0

176

---

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary - 7166294152

| | | | | |
|---|---|---|---|---|
| 03/09 | Beginning Balance | $1,526.51 | Interest Earned | $0.01 |
| | Checks | | Number of Days In Period | 25 |
| 4 | Withdrawals / Debits | $(1,526.52) | Annual Percentage Yield Earned | 0.01% |
| 1 | Deposits / Credits | $0.01 | Interest Earned YTD | $0.04 |
| 04/02 | Ending Balance | $0.00 | Prior Year Interest | $0.50 |

### Withdrawals / Debits
**4 items totaling $1,526.52**

| Date | Amount | Description |
|---|---|---|
| 03/18 | 12.49 | DEBIT CARD PURCHASE AT fitpro8884479013, DENVER, CO ON 031624 FROM CARD#: XXXXXXXXXXXX0456 |
| 03/20 | 12.95 | RECURRING PURCHASE AT WMT PLUS MAR 2024, WALMART.COM, AR ON 031924 FROM CARD#: XXXXXXXXXXXX0456 |
| 04/02 | 0.01 | FUNDS TRANSFER TO CK: XXXXXX8668 REF # 00581568402 |
| 04/02 | 1,501.07 | FUNDS TRANSFER TO CK: XXXXXX8668 REF # 00581567839 |

### Deposits / Credits
**1 item totaling $0.01**

| Date | Amount | Description |
|---|---|---|
| 04/02 | 0.01 | INTEREST |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/18 | 1,514.02 | 03/20 | 1,501.07 | 04/02 | 0.00 |

## Real Life Rewards Summary

| Account | Point Balance | As of Date | Points Set to Expire | Expiration Date |
|---|---|---|---|---|
| ************0456 | 21,775 | 4/1/2024 | 10,294 | 3/31/2025 |

IMPORTANT FEE CHANGES FOR FIFTH THIRD CONSUMER CUSTOMERS. BEGINNING 2/1/2024, THE FEES CHARGED TO VERIFY DEPOSITS OR RECEIVE A COPY OF A CHECK OR STATEMENT, INCLUDING TO RECEIVE A COPY OF CHECK IMAGES WITH MAILED MONTHLY STATEMENTS, WERE CHANGED TO $0. ALSO BEGINNING 2/1/2024, THE FEE ASSESSED FOR BALANCE INQUIRIES MADE AT A NON-53 ATM WAS CHANGED TO $0. PLEASE NOTE: A NON-53 ATM MAY STILL ASSESS FEES FOR OTHER TRANSACTION TYPES INCLUDING WITHDRAWALS AND BALANCE TRANSFERS.

4/21/2024

# Banking Summary - Mar 2024
## 3/1/2024 through 3/31/2024

| Category | 3/1/2024-<br>3/31/2024 |
|---|---|
| **INCOME** | |
| Uncategorized | 403.76 |
| Closed PNC Account 6548 | 7,299.43 |
| Net Salary | 4,273.00 |
| Other Inc | 7,171.81 |
| **TOTAL INCOME** | **19,148.00** |
| | |
| **EXPENSES** | |
| Uncategorized | 538.00 |
| Auto & Transport | |
| Auto Insurance | 205.97 |
| Car Wash | 30.00 |
| Service & Parts | 5.77 |
| TOTAL Auto & Transport | 241.74 |
| Bills & Utilities | |
| Alarm System | 80.94 |
| Internet | 117.88 |
| Pool Cleaning | 170.00 |
| Television | 11.30 |
| USPS | 30.45 |
| TOTAL Bills & Utilities | 410.57 |
| Fees & Charges | |
| Goverment Fees Biz | 33.00 |
| TOTAL Fees & Charges | 23.60 |
| | 56.60 |
| Food & Dining | |
| Fast Food | 8.15 |
| Groceries | 648.88 |
| Restaurants | 231.93 |
| TOTAL Food & Dining | 889.96 |
| Health & Fitness | |
| Pharmacy | 35.26 |
| TOTAL Health & Fitness | 35.26 |
| Home | |
| Home Insurance | 205.97 |
| TOTAL Home | 205.97 |
| Legal Fees | 4,000.00 |

4/21/2024

## Banking Summary - Mar 2024
3/1/2024 through 3/31/2024

| Category | 3/1/2024-<br>3/31/2024 |
|---|---|
| Shopping | |
| Books | 35.26 |
| Clothing | 11.99 |
| Electronics & Software | 125.83 |
| TOTAL Shopping | 84.22 |
| **TOTAL EXPENSES** | 257.30 |
| | **6,635.40** |
| **OVERALL TOTAL** | **12,512.60** |

# ⊗ PNCBANK

Michael Lutz #23-03050
Pamela Lutz
Carolyn Medley
9965 SW 206th Cir
Dunnellon, FL 34431

March 29, 2024

To whom it may concern;

The account 4245436548 is closed effective 3/29/24.

Sincerely,

**Shelly Motes**
Branch Banker Sr
Boardman rd
NMLS ID: 843187

**PNC Bank**
1965 Boardman Rd (Z1-B620-01-1)
Jackson, MI 49201
(p) 517-763-3324 | (f) 517-796-1308

©2024 The PNC Financial Services Group, Inc. All rights reserved. PNC Bank, National Association. Member FDIC

BDMS0001



Fifth Third Bank
614 S DALE MABRY HWY
T42396
TAMPA FL 33609

MICHAEL J LUTZ
2205 COOPER ST
JACKSON MI 49201

Date:     April 2, 2024

### Your Active Fifth Third Accounts

Dear Michael J Lutz:

You are important to us, and we value our relationship with you. In response to your recent request, we've prepared a list of your closed Fifth Third accounts.

As of April 2, 2024, these accounts are closed :

| Account Number: | 7164868668 | Account Type: | Checking Account |
| Account Number: | 7166294152 | Account Type: | Checking Account |
| Account Number: | 9163963706 | Account Type: | Savings Account |

**We're here to help**
If you have any questions, please call us at 800-972-3030, Monday through Friday, 8 a.m. to 6 p.m.; Saturday, 10 a.m. to 4 p.m., ET. Or you can send us a message any time through the mobile app or online banking at 53.com.

Thank you again for banking with us.

**FIFTH THIRD BANK**
TAMPA, FL

BY  _____
        Authorized Signature

LIDN 2394

Fifth Third Bank, National Association. Member FDIC. ⌂ Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.     Classification: Restricted