**Fill in this information to identify the case:**

Debtor Name: Micahel J. Lutz

United States Bankruptcy Court for the: Middle District of Florida

Case number: 23-03050

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: January

Date report filed: 01/31/2024 (MM / DD / YYYY)

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Michael j. Lutz

Original signature of responsible party: /s/ Michael J Lutz

Printed name of responsible party: Michael J. Lutz

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☑ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☑ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Micahel J. Lutz                                    Case number 23-03050

17. Have you paid any bills you owed before you filed bankruptcy?   ☑ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 0.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 1,053.72

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 0.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ 1,053.72

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 1,053.72

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Debtor Name Micahel J. Lutz                              Case number 23-03050

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                _____0_____
27. What is the number of employees as of the date of this monthly report?              _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____0.00_____
30. How much have you paid this month in other professional fees?                                              $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                             $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts       | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 33. Cash disbursements  | $ 0.00 | − | $ 0.00 | = | $ 0.00 |
| 34. Net cash flow       | $ 0.00 | − | $ 0.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                    $ ____1,053.72____
36. Total projected cash disbursements for the next month:            − $ _____0.00_____
37. Total projected net cash flow for the next month:                    = $ ____1,053.72____

Debtor Name  Micahel J. Lutz                              Case number 23-03050

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Virtual Wallet Spend Statement
PNC Bank


**PNC BANK**

Primary account number: ▓▓▓-0828
Page 1 of 2

**For the period  01/03/2024 to 01/25/2024**

Number of enclosures:  0

MICHAEL LUTZ
PAMELA LUTZ
DEBTOR IN POSSESSION
9965 SW 206TH CIR
DUNNELLON FL 34431-5840

For 24-hour banking, and transaction or
interest rate information, sign-on to
PNC Bank Online Banking at pnc.com

For customer service call 1-888-PNC-BANK
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com

## IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for PNC debit cards. Effective January 9, 2024, subject to available funds, your daily ATM withdrawal limits are as follows, based on product:

Virtual Wallet, Virtual Wallet Student, Interest Checking and Standard Checking:
> ATM Withdrawal: $1,000

Performance Checking and Virtual Wallet with Performance Spend:
> ATM Withdrawal: $1,500

Performance Select Checking, Virtual Wallet with Performance Select, and Virtual Wallet Checking Pro:
> ATM Withdrawal: $2,000

Please review the limits below for PNC banking cards. Effective January 9, 2024, subject to available funds, PNC daily banking card limits are as follows, based on product:

Interest Checking, Standard Checking, High Yield Savings, Standard Savings, Statement Savings, Premiere Money Market, and Premium Money Market:
> ATM Withdrawal: $1,000

Performance Checking:
> ATM Withdrawal: $1,500

Performance Select Checking:
> ATM Withdrawal: $2,000

Consumer Cards Only: Your limits may be higher if you have multiple products linked to your debit or banking card. The product with the highest limit will apply to your card. If custom limits are applied to your debit card, those limits will stay the same.

## Virtual Wallet Spend Account Summary
**Account number:**   12-5137-0828

**Overdraft Protection**   has not been established for this account.
Please contact us if you would like to set up this service.
Overdraft Coverage
- Your account is currently
Opted-Out.

MICHAEL LUTZ
Pamela Lutz
Debtor In Possession

# Virtual Wallet Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking
on pnc.com
Account Number: 12-5137-0828 - continued

For the period 01/03/2024 to 01/25/2024
MICHAEL LUTZ
Primary account number: 12-5137-0828
Page 2 of 2

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| .00 | 1,053.72 | .00 | 1,053.72 |
| | | Average monthly balance | Charges and fees |
| | | 835.10 | .00 |

## Activity Detail

### Deposits and Other Additions

There were 3 Deposits and Other Additions totaling $1,053.72.

| Date | Amount | Description |
|---|---|---|
| 01/05 | 900.00 | Online Transfer From ██████████6647 |
| 01/24 | 145.09 | Mobile Deposit Reference No. 087313024 |
| 01/24 | 8.63 | Mobile Deposit Reference No. 087316438 |

### Other Deductions

There was 1 Other Deduction totaling $.00.

| Date | Amount | Description |
|---|---|---|
| 01/04 | .00 | Closing Transaction |

### Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 01/03 | .00 | 01/04 | .00 | 01/05 | 900.00 | 01/24 | 1,053.72 |

Member FDIC          Equal Housing Lender

Banking Summary
1/3/2024 through 1/25/2024

| Category | 1/3/2024-<br>1/25/2024 |
|---|---|
| **INCOME** | |
| Uncategorized | 1,053.72 |
| **TOTAL INCOME** | **1,053.72** |
| **OVERALL TOTAL** | **1,053.72** |

3/5/2024

Page 1

Michael J. Lutz  Case Number: 23-03050

# Exhibit A

1. Q1: Business was closed in 2023.
2. Q8: No. I did not know where to send the check to.

# Exhibit B

1. Q10: Yes: Wanting on the government to move SS, OPM & VA accounts.
2. Q17: Yes: I paid them as they came in.
3. Q18: I let all checks clear the bank.

# Exhibit C

1. $900.00 From account 6647 PNC.
2. $145.09 Capital One Reward Check.
3. $8.63 Chase Reward Check.