UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:	CASE NO. 3:23-bk-03050-JAB
	Chapter 11

MICHAEL JOSEPH LUTZ
dba Kicking Grass Properties
dba Ocala Crave

PAMELA ADELL LUTZ,

    Debtor.
_____

## NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND <u>OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING</u>

Aaron R. Cohen, Subchapter V Trustee ("Applicant") has filed an application for compensation in the amount of $2,070.00 and reimbursement of expenses in the amount of $43.01 (the "Application"). A copy of the Application may be viewed on the case docket or may be obtained by request to Applicant at 904-389-7277 or vanessa@arcohenlaw.com .

If you object to the Application, you must file an objection with the Clerk of Court at 300 N. Hogan Street, Suite 3-150, Jacksonville, Florida 32202, within 21 days from the date of the proof of service below, plus an additional three days if this notice was served on any party by U.S. Mail.

If you file and serve an objection within the time permitted, the Court will either (1) notify you of a hearing date, or (2) consider the Application and approve or disapprove the Application without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the Application and the Court will consider the Application without further notice or hearing.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:  CASE NO. 3:23-bk-03050-JAB
Chapter 11

MICHAEL JOSEPH LUTZ
dba Kicking Grass Properties
dba Ocala Crave

PAMELA ADELL LUTZ,

    Debtor.
_____

**INTERIM APPLICATION OF AARON R. COHEN, SUBCHAPTER V TRUSTEE,
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM DECEMBER 14, 2023 THROUGH MAY 1, 2024**

| | |
|---|---|
| **Name of Applicant:** | Aaron R. Cohen, Subchapter V Trustee |
| **Date of Appointment:** | December 14, 2023 |
| **Period for this Application:** | December 14, 2023 through May 1, 2024 |
| **Amount of Compensation Sought:** | $2,070.00 |
| **Amount of Expense Reimbursement:** | $43.01 |
| **Compensation Received to Date:** | $0.00[1] |
| **Hourly Rate this Application** | $300.00 |

This is an interim application.

**Disclose the following for each prior application:**

| | | Requested | | | | Approved | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|---|---|---|
| Filed | Period | Fees | Hrs. | Rate | Exps. | Fees | Exps. | Fees | Exps. | |
| | | | | | | | | | | |
| N/A | | N/A | | | | N/A | | | | |
| | | | | | | | | | | |

---

[1] The Subchapter V trustee has in trust $4,000.00 in Trustee Interim Compensation payments.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:

MICHAEL JOSEPH LUTZ
dba Kicking Grass Properties
dba Ocala Crave

PAMELA ADELL LUTZ,

    Debtor.

CASE NO. 3:23-bk-03050-JAB
Chapter 11

_____

### INTERIM APPLICATION OF AARON R. COHEN, SUBCHAPTER V TRUSTEE, FOR PAYMENT OF COMPENSATION

COMES NOW Aaron R. Cohen, Subchapter V Trustee, and hereby moves this Honorable Court for entry of an Order allowing payment of interim fees and costs. In support thereof, the Trustee would show unto the Court as follows:

1. This case was commenced upon the filing of a Voluntary Petition for relief under Subchapter V of Chapter 11 on December 11, 2023 (the "Petition Date").

2. On December 14, 2023, Aaron R. Cohen (the "Trustee") was appointed Subchapter V Trustee.

3. The Trustee performed the following services:

    a. conferred with debtor's attorney regarding strategy with business closed on Petition Date;

    b. reviewed the Debtor's Schedules and all financial information;

    c. attended the Initial Debtor Interview, § 341 meeting, and all required hearings;

    d. tracked financial activity and investigated expenditures of the Debtor

through review of tax returns, bank statements, Schedules and accounting reconciliations prepared by Debtor;

      e.      confirmed compliance with US Trustee operating requirements; and

      f.      communicated with Debtor's counsel regarding outlines of plan.

4.    Aaron R. Cohen has spent 6.9 hours at $300.00 per hour for a total of $2,070.00 up to the date of the filing of this Application. A detailed time listing is attached hereto as Exhibit "A". The Trustee has incurred costs totaling $43.01 in connection with this case. A detailed statement of the costs is attached as Exhibit "B".

WHEREFORE, the Trustee requests that this Court enter an order approving his fee application and authorizing interim compensation of $2,070.00 and expenses of $43.01.

      /s/ Aaron R. Cohen

Aaron R. Cohen  
P.O. Box 4218  
Jacksonville, Florida 32201  
Tel: 904-389-7277  
FL Bar #558230  
aaron@arcohenlaw.com  
Subchapter V Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed by first-class U.S. Mail on May 1, 2024, to all parties on the attached L.R. 1007-2 Parties in Interest mailing matrix (matrix not furnished to all parties); Michael Joseph Lutz and Pamela Adell, Lutz, 9965 SW 206th Circle, Dunnellon, Florida 34431; and by CM/ECF electronic notice to Richard A. Perry, Esquire; Jill E. Kelso, Esquire; and to all parties who have filed with the Court a Notice of Appearance and Request for Notice.

/s/ Aaron R. Cohen

_____

Aaron R. Cohen

# Exhibit A

# TIME AND BILLING
## TIME REPORT

Page No: 1

| Case No.: | 23-03050-JAB |
| Case Name: | LUTZ, MICHAEL JOSEPH AND LUTZ, PAMELA ADELL |
| Start Date: | 12/11/2023 |
| End Date: | 5/1/2024 |

Trustee Name
Aaron R. Cohen

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name: Aaron R. Cohen, Trustee** | | | | | | |
| **Professional: Aaron R. Cohen** | | | | | | |
| | $300.00 | 0.50 | $150.00 | 0.50 | $150.00 | Billable |
| 12/19/2023: Phone call with Rick Perry, review Schedules and docs in preparation for IDI | | | | | | |
| | $300.00 | 1.50 | $450.00 | 1.50 | $450.00 | Billable |
| 01/17/2024: Prepare for and attend 341 meeting | | | | | | |
| | $300.00 | 0.10 | $30.00 | 0.10 | $30.00 | Billable |
| 01/22/2024: Read pre-status conference report | | | | | | |
| | $300.00 | 1.00 | $300.00 | 1.00 | $300.00 | Billable |
| 01/23/2024: Attend Status Conference, email from J. Kelso re exemptions claimed, reply | | | | | | |
| | $300.00 | 0.40 | $120.00 | 0.40 | $120.00 | Billable |
| 01/25/2024: 2 emails from Jill re possible OTE, reply, pull Michigan exemption statutes | | | | | | |
| | $300.00 | 0.10 | $30.00 | 0.10 | $30.00 | Billable |
| 01/26/2024: Email to J. Kelso with Michigan exemptions attached | | | | | | |
| | $300.00 | 0.50 | $150.00 | 0.50 | $150.00 | Billable |
| 02/16/2024: Phone call from franchisor, confirm not on Schedules, confirm offer to buy fixtures and other FF&E, phone call to Rick Perry to relay message, check in on status of case | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 02/16/2024: Review Objection to Subchapter V election | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 02/21/2024: Review expedited Motion to Approve Compromise of Controversy with First National Bank of Pennsylvania | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 03/04/2024: Phone call with R. Perry re SubV election hearing tomorrow | | | | | | |
| | $300.00 | 0.40 | $120.00 | 0.40 | $120.00 | Billable |
| 03/05/2024: Attend hearing on SubV election challenge | | | | | | |
| | $300.00 | 0.70 | $210.00 | 0.70 | $210.00 | Billable |
| 03/11/2024: Read Small Business Subchapter V plan | | | | | | |
| | $300.00 | 0.10 | $30.00 | 0.10 | $30.00 | Billable |
| 03/25/2024: Review Motion to Reschedule Confirmation Hearing and Objection to Sub V election | | | | | | |
| | $300.00 | 0.40 | $120.00 | 0.40 | $120.00 | Billable |
| 04/23/2024: Review batch filed MOR's for January, February, and March | | | | | | |
| | $300.00 | 0.30 | $90.00 | 0.30 | $90.00 | Billable |
| 04/29/2024: Receive and read email from debtor, return email re status of case | | | | | | |
| | $300.00 | 0.30 | $90.00 | 0.30 | $90.00 | Billable |
| 05/01/2024: Phone call to R. Perry's office, left message, anticipate discussing lack of hiring attorney to pursue franchisor | | | | | | |
| Aaron R. Cohen billable hours = 6.90 hours @ $300.00 totalling $2,070.00 | | | | | | |
| **Project Category Total:** | | **6.90** | | | **$2,070.00** | |

Aaron R. Cohen billable hours = 6.90 hours totalling $2,070.00

| **Firm Name Aaron R. Cohen, Trustee Total:** | | **6.90** | | | **$2,070.00** | |
| **TOTALS:** | | **6.90** | **$2,070.00** | **6.90** | **$2,070.00** | |

# Exhibit B

# TIME AND BILLING
## EXPENSE REPORT

Page No: 1

| | | |
|---|---|---|
| **Case No.:** | 23-03050-JAB | **Trustee Name** |
| **Case Name:** | LUTZ, MICHAEL JOSEPH AND LUTZ, PAMELA ADELL | Aaron R. Cohen |
| **Start Date:** | 12/11/2023 | |
| **End Date:** | 5/1/2024 | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant :** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Copies** | | | | | |
| 05/01/2024 | $0.170 | 23.00 | $3.91 | $3.91 | Billable |
| Description: Copies for service of Application for Compensation | | | | | |
| 05/01/2024 | $0.170 | 46.00 | $7.82 | $7.82 | Billable |
| Description: Anticipated cost: Copies for service of Order re Application for Compensation | | | | | |
| | | **Copies Total:** | **$11.73** | **$11.73** | |
| **Postage** | | | | | |
| 05/01/2024 | $0.680 | 23.00 | $15.64 | $15.64 | Billable |
| Description: Anticipated cost: Postage for service of Order re Application for Compensation | | | | | |
| 05/01/2024 | $0.680 | 23.00 | $15.64 | $15.64 | Billable |
| Description: Postage for service of Application for Compensation | | | | | |
| | | **Postage Total:** | **$31.28** | **$31.28** | |
| | | **Project Category Total:** | **$43.01** | **$43.01** | |
| | | **Matter Code Total:** | **$43.01** | **$43.01** | |
| | | **EXPENSE SUMMARY:** | | **$43.01** | |